■ ANTHONY PETITO, Respondent, v CITY OF NEW YORK, Defendant, and BATTERY PARK CITY AUTHORITY et al., Appellants. [813 NYS2d 303]—Appeal from order, Supreme Court, New York County (Marcy S. Friedman, J.), entered July 22, 2005, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Saxe, J.P., Marlow, Sullivan, Gonzalez and Catterson, JJ.